# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:21-cv-00092-CC-CMS |
| ) | |
| KPS GLOBAL, LLC ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Fed.R.Civ.P., the parties, Plaintiff Ron Smith (Plaintiff") and Defendant KPS Global, LLC, by and through their undersigned counsel of record, jointly stipulate and agree to the dismissal of this case with prejudice, each party to bear its own costs and fees.

Respectfully submitted this 3rd day of November 2021.

*[Signatures continued on next page]*

| | |
|---|---|
| By: /s/*Michael B. Weinstein* <br> Michael B. Weinstein <br> Georgia Bar No. 746386 <br> **Weinstein & Black, LLC** <br> 3050 Amwiler Road, Suite 200-C <br> Atlanta, GA 30360 <br> mike@mbwlaw.net <br> Telephone: (404) 228-2629 <br><br> COUNSEL FOR PLAINTIFF | By: */s/ Emily S. Borna* <br> Emily S. Borna <br> Georgia Bar No. 064065 <br> **JACKSON LEWIS, P.C.** <br> 171 17th Street N.W. <br> Suite 1200 <br> Atlanta, Georgia 30363 <br> Emily.Borna@jacksonlewis.com <br> Telephone: (404) 525-8200 <br><br> COUNSEL FOR DEFENDANT |

\*\*

For good cause shown, the Court DISMISSES WITH PREJUDICE Plaintiff Ron Smith's claims in this action.

IT IS HEREBY ORDERED, this \_\_\_\_day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA